**Fill in this information to identify the case:**

Debtor 1 : Aiesha Lataiesha Offord aka Alesha Lataiesha Offord

Debtor 2 : ______
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of: Louisiana

Case number: 26-10702

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

**12/16**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.**

**Name of Creditor:** Carrington Mortgage Services, LLC

**Court Claim No. (if known):** 11

**Last 4 digits of any number you use to** identify the debtor's account: 3151

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice: ______

## Part 1: Itemize Postpetition Fees, Expense, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) $ | |
| 2. | Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. | Attorney fees | 8-26-2026 | (3) $ | 400.00 |
| 4. | Filing fees and court costs | | (4) $ | |
| 5. | Bankruptcy/Proof of claim fees | | (5) $ | |
| 6. | Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. | Property inspection fees | | (7) $ | |
| 8. | Tax advances (non-escrow) | | (8) $ | |
| 9. | Insurance advances (non-escrow) | | (9) $ | |
| 10. | Property preservation expenses. Specify: | | (10) $ | |
| 11. | Other. Specify. | | (11) $ | |
| 12. | Other. Specify. | | (12) $ | |
| 13. | Other. Specify. | | (13) $ | |
| 14. | Other. Specify. | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Aiesha Lataiesha Offord aka Alesha Lataiesha Offord Case Number (if known) 26-10702

**Part 2:** **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*x* /s/ Mariana Ross
Signature

Date: 10-16-2026
MM/ DD / YYYY

Print: Mariana Ross
First Name Middle Name Last Name

Title: Authorized Agent for Creditor

Company: Liepold, Harrison, & Associates

Address: 370 W. Las Colinas Blvd., Suite 220
Number Street

Irving Texas 75039
City State ZIP Code

Contact Phone: 800-349-1254

Email: PCNInquiries@lha-law.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

***In Re:*** ***Case No. 26-10702***

Aiesha Lataiesha Offord aka Alesha Lataiesha Offord

**Debtor(s)** **Chapter 13**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, a true and correct copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges (Official Form 410S2) was served upon all interested parties to the Court's CM/ECF system and/or First Class U.S. Mail.

/s/ Mariana Ross
Mariana Ross
Liepold, Harrison, & Associates
370 W. Las Colinas Blvd., Suite 220
Irving, Texas 75039

***<u>Debtor</u>***

Aiesha Lataiesha Offord aka Alesha Lataiesha
Offord
26279 Holly Ridge Drive
Denham Springs, LA 70726

***<u>Debtor's Counsel</u>***

Rena L. Hester
P.O. Box 74240
Baton Rouge, LA 70874-4240

***<u>Trustee</u>***

Annette C. Crawford
PO Box 2159
Memphis, TN 38101-2159

***<u>U.S. Trustee</u>***

600 S. Maestri Place
Suite 840-T
New Orleans, LA 70130

**Liepold, Harrison & Associates, PLLC**

1425 Greenway Drive, STE 250
Irving, TX 75038 2494
Phone No: (682) 238-4458

## Bankruptcy - Bankruptcy Services - INVOICE

Carrington Mortgage Services, LLC

,

Re:
AIESHA OFFORD
26279 HOLLY RIDGE DRIVE
DENHAM SPRINGS, LA 70726

| | |
|---|---|
| Invoice #: | LHA96965 |
| Invoice Status: | Check Confirmed |
| Input By: | Catherine Muller |
| Date Submitted: | 9/9/2026 |
| Invoice Date: | 9/9/2026 |
| Vendor Ref #: | REF96965 |
| Vendor Code: | LIEPHA |

| | |
|---|---|
| Loan #: | [redacted] |
| Loan Type: | FHA |
| Inv. ID / Cat. ID: | [redacted] / [redacted] |
| Cost Center: | |
| FHA Case No: | [redacted] |
| GSE Code: | |
| GSE REO Rem. Code: | |
| Entity Code: | 0 |
| Original Mortgage Amount: | $0.00 |
| Litigation Status Code: | |
| Man Code: | |

| | |
|---|---|
| Payee Code: | 889394 |
| Type: | Non Judicial |
| Referral Date | 7/30/2026 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal Date: | N/A |
| MS Status | N/A |
| Relief Requested Date | N/A |
| Protection Begin Date | N/A |
| Protection End Date | N/A |
| HiType | |
| Class Code | |

| | |
|---|---|
| BK Case No: | 26-10702 |
| BK Chapter: | 13 |

| | |
|---|---|
| Invoice ID: | 370008835 |
| Asset Number: | |
| Outsourcer: | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 9/9/2026 | | | | 9/9/2026 | 9/9/2026 | 9/12/2026 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | | 08/26/2026 | 1 | $400.00 | $400.00 | $0.00 | $400.00 |
| **Note:** | | | | | | | | |
| | | | | | | **$400.00** | **$0.00** | **$400.00** |
| **Total:** | | | | | | **$400.00** | **$0.00** | **$400.00** |

**Invoice Level Exceptions**

None

**Invoice Level Comment**

None