UNITED STATES BANKRUPTCY COURT
Middle District of Louisiana (Baton Rouge)

IN RE:
Aiesha Lataiesha Offord aka
Alesha Lataiesha Offord
**Debtor(s)**

Case No. 26-10702
**Chapter 13**

**WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

Please accept this notice that, Carrington Mortgage Services, LLC, respectfully notifies this Court that the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on November 12, 2026 for claim #11 is hereby withdrawn.

Dated: November 16, 2026

Respectfully Submitted,

By: /s/ Kevin Christopher
Kevin Christopher
Authorized Agent for Creditor
Liepold, Harrison, & Associates
370 W. Las Colinas Blvd., Suite 220
Irving, Texas 75039
800-349-1254 Office
PCNInquiries@lha-law.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

***In Re:*** ***Case No. 26-10702***

Aiesha Lataiesha Offord aka Alesha Lataiesha Offord

**Debtor(s)** **Chapter 13**

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2026, a true and correct copy of the Withdrawal of Notice of Postpetition Mortgage Fees, Expenses, and Charges was served upon all interested parties to the Court's CM/ECF system and/or First Class U.S. Mail.

/s/ Kevin Christopher
Kevin Christopher
Liepold, Harrison, & Associates
370 W. Las Colinas Blvd., Suite 220
Irving, Texas 75039

***Debtor***

Aiesha Lataiesha Offord aka Alesha Lataiesha Offord
26279 Holly Ridge Drive
Denham Springs, LA 70726

***Debtor's Counsel***

Rena L. Hester
P.O. Box 74240
Baton Rouge, LA 70874-4240

***Trustee***

Annette C. Crawford
PO Box 2159
Memphis, TN 38101-2159

***U.S. Trustee***

600 S. Maestri Place
Suite 840-T
New Orleans, LA 70130